1   Ronald P. Jones #146281
    Rissa A. Stuart #166459
2   Kahn, Soares & Conway LLP
    219 N. Douty Street
3   Hanford, CA 93230
    Telephone: 559-584-3337
4   Fax:  559-584-3348

5   Attorney for:  Defendant, FIVE-REESE, INC.,
    A California Corporation dba SIZZLER #3576; and
6   SIZZLER USA REAL PROPERTY, INC., a Delaware Corporation

7

8

9                        UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

12  ALBERT GEORGE CURTIS,                Case No.  1:13-CV-01509-LJO-BAM

13          Plaintiff,

                                         **STIPULATION RE: CONTINUANCE OF**
14      vs.                              **MANDATORY SCHEDULING**
                                         **CONFERENCE AND ORDER**
15  JOYCE FOREST, Trustee of the Joyce Forest
16  Inter Vivos Trust Agreement dated June 29,
    1981; FIVE-REESE, INC., A California
17  Corporation dba SIZZLER #3576; SIZZLER
    USA REAL PROPERTY, INC., a Delaware
18  Corporation

19          Defendants

20

21          WHEREAS, Plaintiff, ALBERT GEORGE CURTIS ("Plaintiff"), has served all

22  defendants herein, namely, JOYCE FOREST, Trustee of the Joyce Forest Inter Vivos Trust

23  Agreement dated June 29, 1981; FIVE-REESE, INC., a California Corporation dba SIZZLER

24  #3576; and SIZZLER USA REAL PROPERTY, INC., a Delaware Corporation (collectively

25  "Defendants," and together with Plaintiff, "the Parties"), with its First Amended Complaint

26  ("Complaint");

27

28

                                        1
    _____
    STIPULATION RE: CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND ORDER

WHEREAS, all Defendants have now filed and served answers to the Complaint, with the latest answer being filed on behalf of Defendant, Sizzler USA Real Property, Inc., a Delaware Corporation, on January 2, 2014;

WHEREAS, a Mandatory Scheduling Conference is set in this matter for January 28, 2014; and

WHEREAS, counsel for the above-referenced parties are discussing resolution of the issues raised in the Complaint and would like to minimize their fees and costs as well as conserve the resources of the Court, and, therefore wish additional time to fully explore settlement prior to incurring the fees and costs associated with preparation for, and appearance at, the Mandatory Scheduling Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective attorneys of record, that the Mandatory Scheduling Conference currently scheduled for January 28, 2014, be continued to a date at the Court's convenience after March 7, 2014 to permit the Parties  to fully explore and exhaust efforts towards an informal resolution to this matter.

IT IS SO STIPULATED.


Dated: January 9, 2014          MOORE LAW FIRM, P.C.



                                By: _/s/Tanya E. Moore_____
                                    Tanya E. Moore, Attorneys for Plaintiff,
                                    ALBERT GEORGE CURTIS


Dated: January 9, 2014          KAHN, SOARES & CONWAY, LLP



                                By: _/s/Rissa A. Stuart_____ _____
                                    Rissa A. Stuart, Attorneys for Defendant,
                                    FIVE REESE, INC., a California corporation dba
                                    SIZZLER #3576; and SIZZLER USA REAL
                                    PROPERTY, INC., a Delaware Corporation

///

STIPULATION RE: CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND ORDER

1

2   Dated: January 9, 2014                ALLEN MATKINS LECK GAMBLE MALLORY &
                                          NATSIS LLP
3

4

5                                         By:  /s/Ivan M. Gold_____ _____
                                          Ivan M. Gold, Attorneys for Defendant,
6                                         JOYCE FOREST, Trustee of the Joyce Forest
                                          Inter Vivos Trust Agreement dated June 29,
7                                         1981

8

9

10                                    **ORDER**

11          The Parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED**

12   that the Mandatory Scheduling Conference, currently scheduled for January 28, 2014, be

13   continued to March 19, 2014 at 9:00 AM in Courtroom 8 before Magistrate Judge Barbara A.

14   McAuliffe.  The Parties are to file a Joint Scheduling Report no later than seven (7) days prior to

15   the Scheduling Conference.

16

17   IT IS SO ORDERED.

18       Dated:   __**January 13, 2014**__          ___/s/ *Barbara A. McAuliffe*___

19                                          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

_____
STIPULATION RE: CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND ORDER