Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Albert George Curtis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS, ) | No.  1:13-cv-01509-LJO-BAM |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. ) | |
| JOYCE FOREST, Trustee of the Joyce Forest Inter Vivos Trust Agreement dated June 29, 1981, et al., ) | |
| Defendants. ) | |
| AND RELATED CROSS-CLAIM. ) | |

1   IT IS HEREBY STIPULATED by and between Plaintiff Albert George Curtis; Defendant/Cross-Claimant Joyce Forest, Trustee of the Joyce Forest Inter Vivos Trust Agreement dated June 29, 1981; and Defendants/Cross-Defendants Five-Reese, Inc., a California corporation dba Sizzler #3576; and Sizzler USA Real Property, Inc., a Delaware corporation; the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Complaint shall be dismissed with prejudice in its entirety as to all Defendants.

Further, Cross Claimant and Cross Defendants are negotiating a settlement as to all claims and issues raised by the Cross-Claim and will hereafter file a Notice of Settlement in accordance with Local Rule 160, as related to the Cross-Claim.

Date: March 12, 2014                MOORE LAW FIRM, P.C.


                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorneys for Plaintiff
                                    Albert George Curtis

Date: March 12, 2014                ALLEN MATKINS LECK GAMBLE
                                    MALLORY & NATSIS LLP


                                    */s/ Ivan M. Gold*
                                    Ivan M. Gold
                                    Attorneys for Defendant/Cross-Claimant
                                    Joyce Forest, Trustee of the Joyce Forest Inter
                                    Vivos Trust Agreement dated June 29, 1981

Date: March 12, 2014                KAHN, SOARES & CONWAY LLP


                                    */s/ Rissa A. Stuart*
                                    Rissa A. Stuart
                                    Attorneys for Defendants/Cross-Defendants
                                    Five-Reese, Inc., a California corporation dba
                                    Sizzler #3576; and Sizzler USA Real Property,
                                    Inc., a Delaware corporation

# **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that Plaintiff's Complaint shall be dismissed with prejudice in its entirety as to all Defendants.  The clerk is NOT to close this action.

IT IS SO ORDERED.

Dated:   **March 13, 2014**               **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE