UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>       Plaintiff,<br><br>       vs.<br><br>JOYCE FOREST, Trustee of the Joyce Forest Inter Vivos Trust Agreement, etc., et al.,<br><br>       Defendants. | **CASE NO. CV F 13-1509 LJO BAM**<br><br>**ORDER AFTER SETTLEMENT**<br><br>**(Doc. 26.)** |

AND RELATED CROSS-ACTION.

_____/

    Defendant/Cross-complainant Joyce Forest notified this Court that settlement has been reached among parties subject to her cross-claim. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties subject to the cross-claim, **no later than April 4, 2014**, to file appropriate papers to dismiss or conclude the cross-action in its entirety, or to show good cause why the cross-action has not been dismissed.

    This Court VACATES all pending matters and dates, including the **March 19, 2014**

1

**scheduling conference**, which is subject to immediate resetting.

Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **March 13, 2014**             /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE