WILLIAM W. HUCKINS (BAR NO. 201098)
IVAN M. GOLD (BAR NO. 121486)
CATHY A. HONGOLA-BAPTISTA (BAR NO. 234489)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  whuckins@allenmatkins.com
         igold@allenmatkins.com
         chongola@allenmatkins.com

Attorneys for Defendant
Joyce Forest, Trustee of the Joyce Forest Inter
Vivos Trust Agreement dated June 29, 1981

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOYCE FOREST, Trustee of the Joyce Forest Inter Vivos Trust Agreement dated June 29, 1981; FIVE-REESE, INC., a California corporation dba SIZZLER #3576; SIZZLER USA REAL PROPERTY, INC., a Delaware corporation,<br><br>    Defendants.<br><br>JOYCE FOREST, Trustee of the Joyce Forest Inter Vivos Trust Agreement dated June 29, 2981,<br><br>    Cross-Claimant,<br><br>  vs.<br><br>SIZZLER USA REAL PROPERTY, INC., a Delaware corporation; FIVE-REESE, INC., a California corporation,<br><br>    Cross-Defendants. | No. 1:13-CV-01509-LJO-BAM<br><br>**STIPULATION FOR ORDER OF DISMISSAL OF CROSS-CLAIM OF JOYCE FOREST, TRUSTEE;**<br><br>**ORDER** |

Defendant and cross-claimant Joyce Forest, Trustee of the Joyce Forest Inter Vivos Trust Agreement dated June 29, 1981 ("Forest"), on one hand, and defendants and cross-defendants Sizzler USA Real Property, Inc. ("Sizzler USA") and Five-Reese, Inc. ("Five-Reese"), having notified the Court of a settlement of the *Cross-Claim of Joyce Forest, Trustee, For Contractual Indemnity, Declaratory Relief and Contribution* [Docket No. 24] ("Cross-Claim"),

**IT IS HEREBY STIPULATED** by and among Forest, Sizzler USA and Five-Reese that, pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure and the terms of the parties' Settlement and Indemnity Agreement, the Cross-Claim be dismissed with prejudice.

Dated:  April 4, 2014                ALLEN MATKINS LECK GAMBLE
                                                         MALLORY & NATSIS LLP

                                                 By: */s/ Ivan M. Gold*
                                                         IVAN M. GOLD
                                                         Attorneys for Defendant and Cross-Claimant Joyce Forest, Trustee of the Joyce Forest Inter Vivos Trust Agreement dated June 29, 1981

Dated:  April 4, 2014                KAHN, SOARES & CONWAY LLP

                                                 By: */s/ Rissa A. Stuart*
                                                         RISSA A. STUART
                                                         Attorneys for Defendants and Cross-Defendants Five-Reese, Inc., and Sizzler USA Real Property, Inc.

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that the Cross-Claim of defendant and cross-claimant Joyce Forest, Trustee of the Joyce Forest Inter Vivos Trust Agreement dated June 29, 1981, be dismissed with prejudice.

**SO ORDERED**
**Dated: April 7, 2014**

                                                 **/s/ Lawrence J. O'Neill**
                                                 **United States District Judge**